## BROTHERHOOD OF RAILWAY & STEAMSHIP CLERKS, FREIGHT HANDLERS, EXPRESS & STATION EMPLOYES v. UNITED AIR LINES, INC.

No. 31.   Argued October 22, 1964.—Decided November 9, 1964.

*James L. Highsaw, Jr.,* argued the cause for petitioner. With him on the briefs was *Edward J. Hickey, Jr.*

*Stuart Bernstein* argued the cause for respondent. With him on the brief were *H. Templeton Brown* and *Robert L. Stern.*

*Solicitor General Cox,* by special leave of Court, argued the cause for the United States, as *amicus curiae,* urging reversal.   With him on the brief were *Assistant Attorney General Douglas* and *Alan S. Rosenthal.*

PER CURIAM.

The writ of certiorari is dismissed as improvidently granted.

MR. JUSTICE HARLAN, believing that the questions which brought this case here should be decided, dissents from the dismissal of the writ.

MR. JUSTICE GOLDBERG took no part in the consideration or decision of this case.